# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CARL E. DOTSON            PLAINTIFF

v.        No. 4:18-cv-935-DPM

C. MONROE, Patrol Officer
Little Rock Police Department,
LARRY JEGLEY, Prosecutor,
BILL SIMPSON, Public Defender        DEFENDANTS

## ORDER

1. Dotson's motion to dismiss Simpson, № 8, is denied as moot because Simpson has already been dismissed, № 7.

2. Dotson was in custody at the Pulaski County Detention Center when he filed this lawsuit; but now his mail is being returned. № 9. Dotson must update his address with the Clerk by 4 March 2019. If he doesn't, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

1 February 2019