# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARL E. DOTSON**                                               **PLAINTIFF**

v.                          No. 4:18-cv-935-DPM

**C. MONROE, Patrol Officer**
**Little Rock Police Department**                                **DEFENDANT**

## ORDER

In light of Dotson's change of address, the Court directs the Clerk to send a copy of Monroe's motion to dismiss and brief in support, *№ 16 & № 17*, to Dotson's new address. If Dotson wants to respond to the motion, then he must do so by 5 April 2019.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

   13 March 2019