IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARL E. DOTSON                                                                          PLAINTIFF

v.                                          No. 4:18-cv-935-DPM

C. MONROE, Patrol Officer                                                           DEFENDANT

ORDER

1. Dotson's motion for more definite statement, № 20, is denied. Monroe's motion and brief, № 16 & № 17, included enough specifics for Dotson to respond adequately. № 20–23. Embedded motion to stay deadline, № 25, denied as moot.

2. Monroe moves to dismiss Dotson's complaint, arguing that it describes a lawful encounter and therefore fails to state a claim. *Terry v. Ohio*, 392 U.S. 1 (1968). But the facts in Dotson's complaint—which the Court takes as true at this early stage—describe more than a mere *Terry* stop and limited officer-safety search. *Ibid.*; FED. R. CIV. P. 12(b)(6); № 2 at 6–8. Monroe's motion, № 16, is therefore denied, too.

3. The Court refers this case to Magistrate Judge Deere for further proceedings, including a recommendation on any dispositive motions.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2019