## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARL E. DOTSON**  **PLAINTIFF**
**ADC #122778**

**V.**     **CASE NO. 4:18-CV-935-DPM-BD**

**CALEB MONROE,** *et al.*   **DEFENDANTS**

## ORDER

Mr. Dotson, who was recently released from the custody of the Arkansas Division of Correction, has filed an updated IFP application. (Docket entry #57) His motion (#57) is GRANTED.

Mr. Dotson also has moved for an order compelling Defendant Caleb Monroe to respond to his discovery requests. (#47) Mr. Monroe has responded to the motion, and has included his responses to interrogatories and a copy of Mr. Dotson's deposition. (#54) Because Mr. Monroe has responded to Mr. Dotson's discovery requests in compliance with the Federal Rules of Civil Procedure, the motion to compel (#47) is DENIED.

Mr. Dotson has also asked the Court for additional time to respond to Mr. Monroe's motion for summary judgment. (#48, #58) His motions for an extension of time are GRANTED, in part, and DENIED, in part. Mr. Dotson asserts that he cannot respond properly to Mr. Monroe's motion until he receives discovery from Mr. Monroe. (#58) The Court has denied Mr. Dotson's motion to compel and will not allow further discovery. The discovery cutoff in this case was November 20, 2019. (#31)

To the extent Mr. Dotson seeks time to conduct additional discovery, his motions (#48, #58) are denied. However, he is granted additional time to respond to Defendant Monroe's motion for summary judgment. His response to the motion for summary judgment must be filed by Tuesday, February 18, 2020.

IT IS SO ORDERED, this 3rd day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE