# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARL E. DOTSON**                                                                     **PLAINTIFF**

v.                                No. 4:18-cv-935-DPM

**CALEB MONROE**, Patrol Officer,
**Little Rock Police Department**                               **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 61*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Dotson's unlawful search and seizure claim fails; and it's too late for him to add an excessive force claim. Monroe's motion for summary judgment, *Doc. 40*, is granted. Dotson's motion for summary judgment, *Doc. 35*, is denied. Dotson's unlawful search and seizure claim will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2020