# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARL E. DOTSON**                                          **PLAINTIFF**

v.                          No. 4:18-cv-935-DPM

**CALEB MONROE, Patrol Officer,**
**Little Rock Police Department;**
**LARRY JEGLEY, Prosecutor; and**
**BILL SIMPSON, Public Defender**                           **DEFENDANTS**

## JUDGMENT

Dotson's unlawful search and seizure claim against Monroe is dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020