# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARL E. DOTSON**                                                    **PLAINTIFF**

v.                                        **No. 4:18-cv-935-DPM**

**CALEB MONROE, Patrol Officer, Little
Rock Police Department**                                    **DEFENDANT**

### ORDER

Dotson's motion to amend, *Doc. 67*, is denied.  The Court closed this case in 2020.

So Ordered.

_____
*UPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

_13 May 2026_